UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EUGENE HYON,

Plaintiff,

vs.

JPMORGAN CHASE & CO., EQUIFAX INFORMATION SERVICES L.L.C, AND TRANS UNION (OF DELAWARE), L.L.C.,

Defendants.

_______________________________________/

Case No. ________________

# NOTICE OF REMOVAL FROM STATE COURT

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446, defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously sued as JPMorgan Chase & Co., hereby removes the action titled Eugene Hyon v. JPMorgan Chase & Co. et al., Index No. 03094/2026, from the Civil Court of the City of New York for County of Kings (the "State Court Action") to the United States District Court for the Eastern District of New York.

1. Removal Is Timely. On or about September 9, 2026, plaintiff Eugene Hyon ("Plaintiff") filed the Action in the Civil Court for the City of New York for County of Kings. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the State Court Action are attached hereto as **Exhibit A**. Chase was served with a copy of the summons and Complaint in the Action on September 16, 2026. Chase has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because Chase has filed it within thirty (30) days of service of the Complaint.

2. This Court Has Federal Question Jurisdiction Over the Action. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one that Defendant may remove to this Court pursuant to 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." Bright v. Bechtel Petroleum, Inc., 780 F.2d 766, 769 (9th Cir. 1986) (citing Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 9 (1983)). Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 808 (1988) (quoting Franchise Tax Bd., 463 U.S. at 13, 27–28) (internal quotation marks and citations omitted). Plaintiff alleges that Chase violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"), which is a claim arising under the laws of the United States and subject to this Court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441(a).

3. The Other Named Defendants Have Not Been Served In This Action. The other named defendants have not been served in this Action. See 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under 1441(a), all defendants who have been properly named and served must join in or consent to the removal of the action."). Therefore, Chase may remove this Action.[1]

[1] Plaintiff voluntarily dismissed TD Bank US Holding Company prior to removal. See Ex. A.

4. Venue Is Proper In This Court. This is the proper district court for removal because the Civil Court of the City of New York for Kings County is located within the jurisdiction and venue of the United States District Court for the Eastern District of New York. See 28 U.S.C. § 1441(a).

5. Notice Will Be Effected. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiff, the only adverse party, simultaneously with this filing. Additionally, a duplicate copy of this Notice of Removal, without exhibits, will be filed in the State Court Action.

Dated: October 15, 2026

By: */s/ Lauren McCabe*
Brian C. Frontino
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: 305.415.3000
Fax: 305.415.3001
brian.frontino@morganlewis.com

Lauren McCabe
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Fax: 212.309.6001

Attorneys for Respondent
*JPMorgan Chase Bank, N.A..*

## CERTIFICATE OF SERVICES

I hereby certify that on October 15, 2026, I caused a copy of the foregoing NOTICE OF REMOVAL to be served by electronic filing through the court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Paúl Camarena, Esq.
26 Court St., No. 409
Brooklyn, NY 11242
(312) 493-7494
paulcamarena@paulcamarena.com

*Attorney for Plaintiff*

*/s/ Lauren McCabe*
Lauren McCabe